UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

# Civil Cover Sheet

**Plaintiff(s):** UNITED STATES OF AMERICA

**Defendant(s):** JERMONE BASS

**County of Residence:**

**County of Residence:** TAZEWELL

**Plaintiff's Address:**
1) AUSA
2) Patrick Joseph King, Jr.
United States Attorney's Office
219 South Dearborn Street
Suite 500
Chicago, IL 60604

**Defendant's Attorney:**
Jermone Bass
#21270-424
Pekin - FCI
P.O. Box 5000
Pekin, IL 61555

**Basis of Jurisdiction:**
- [ ] 1. U.S. Government Plaintiff
- [✓] 2. U.S. Government Defendant
- [ ] 3. Federal Question (U.S. gov't. not a party)
- [ ] 4. Diversity

**Citizenship of Principal Parties (Diversity Cases Only)**

Plaintiff:

Defendant:

08CV4556
JUDGE PALLMEYER
MAGISTRATE JUDGE MASON

**Origin:**
- [✓] 1. Original Proceeding
- [ ] 2. Removed From State Court
- [ ] 3. Remanded From Appellate Court
- [ ] 4. Reinstated or Reopened
- [ ] 5. Transferred From Other District
- [ ] 6. MultiDistrict Litigation
- [ ] 7. Appeal to District Judge from Magistrate Judgment

**Nature of Suit:** 510 Motion to vacate

**Cause of Action:** 28:2255

**Jury Demand:** [ ] Yes  [✓] No

**Signature:** /s/

**Date:** 8/12/08

FILED
AUG 12 2008 TC
Aug 12, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Pallmeyer
Mason

07CR59