# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Rebecca R. Pallmeyer  *RRP* | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 4556 | **DATE** | 9/5/2008 |
| **CASE TITLE** | USA vs. Jermone Bass | | |

**DOCKET ENTRY TEXT**

Government's response to Defendant's motion under 28 U.S.C. §2255 to vacate, set aide, or correct sentence by a person in federal custody to be filed within 21 days.

Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | ETV |
|---|---|---|

Case 1:08-cv-04556   Document 4   Filed 09/05/2008   Page 1 of 1

08C4556 USA vs. Jermone Bass                                                                                     Page 1 of  1